**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Galal RAMADAN, Defendant–
Appellant.**

**No. 12–15819
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 13, 2013.

Todd B. Grandy, Anita M. Cream, Suzanne C. Nebesky, Robert E. O'Neill, Thomas Nelson Palermo, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Ronald Frank Smith, Law Firm of Ron Smith, PA Largo, FL, for Defendant–Appellant.

Galal Ramadan, Butner, NC, pro se.

Before TJOFLAT, MARTIN and FAY, Circuit Judges.

---

1. These cases were consolidated on appeal.

PER CURIAM:

Ron Smith, appointed counsel for Galal Ramadan, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ramadan's convictions and sentences are **AFFIRMED.** Ramadan's request for a 60-day extension to file an initial appellate brief is **DENIED AS MOOT.**

Additionally, there is a clerical error in the judgment—Count 1 of the judgment incorrectly notes that Ramadan was convicted of conspiracy to commit mail fraud and conversion of public property, in violation of 18 U.S.C. § 371. However, Ramadan was indicted and convicted of conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349. Accordingly, the case is **REMANDED** to the district court with instructions to correct the clerical error in Count 1 of the judgment.